238 P.2d 992]

[L. A. No. 21703.   In Bank.   Dec. 11, 1951.]

SAMUEL J. GORDON, Respondent, v. ROBERT L. ROM-
BOTIS et al., Defendants; ELBERT, LTD. (a Corpora-
tion), Appellant.

John F. Bender and Gizella M. Allen for Appellant.

Charles I. Rosin for Respondent.

O'Melveny & Myers, Louis W. Myers, Sidney H. Wall and
Ernest M. Clark, Jr., as Amici Curiae on behalf of Respondent.

SPENCE, J.—This is a quiet title action presenting ques-
tions similar to certain questions determined in two cases
this day filed, *Scheas* v. *Robertson*, L. A. No. 21357, *ante*,
p. 119 [238 P.2d 982] and *Sipe* v. *Correa*, L. A. No. 21421,
*ante*, p. 131 [238 P.2d 989].   Upon the authority of and
for the reasons stated therein, plaintiff was correctly adjudi-
cated a "bona fide purchaser for value" and entitled to rely
on the conclusive presumption found in the 1945 amendment
of section 2911 of the Civil Code.

The judgment is affirmed.

Gibson, C. J., Shenk, J., Edmonds, J., Carter, J., Traynor,
J., and Schauer, J., concurred.